United States District Court
Southern District of Texas
ENTERED

JUL 11 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

13

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Muniz
versus
City of Harlingen et al.              §
                                      §
                                      §   CIVIL ACTION B- 00-31
                                      §
                                      §

## Scheduling Order

1. Trial: Estimated time to try: __3__ days.      ☐ Bench   ☒ Jury

2. New parties must be joined by:                 August 31, 2000

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   November 30, 2000

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                April 1, 2001

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************ The court will provide these dates. ************************

6. Dispositive Motions will be filed by:          4-23-01

7. Joint pretrial order is due:                   8-23-01

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   9-6-01

9. Jury Selection is set for 9:00 a.m. on:        9-10-01

The case will remain on standby until tried.

Signed __July 7__, 2000, at Brownsville, Texas.

                                    _____
                                         Hilda G. Tagle
                                    United States District Judge

Counsel, please sign on the back.