17

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 2 8 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| OFELIO MUNIZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-31 |
| | § | |
| CITY OF HARLINGEN, ET AL., | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

The Court having granted Defendants' motion to dismiss, it is ORDERED that Plaintiff take NOTHING from Defendants and all claims are DISMISSED with prejudice. DONE at Brownsville, Texas, this 27 day of July 2000.

_____
Hilda G. Tagle
United States District Judge