# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

No. 00-40948
Summary Calendar

---

D.C. Docket No. B-00-CV-31

U.S. COURT OF APPEALS
**FILED**
APR 1 9 2001
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
MAY 1 5 2001
Michael N. Milby
Clerk of Court

OFELIO MUNIZ, JR

      Plaintiff - Appellant

v.

CITY OF HARLINGEN; JIM SCHOEPNER; ROBERT S ARCHER; JOE VASQUEZ

      Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

### JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: MAY 1 1 2001

OP-S-J-1

A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit

By_____
                Deputy
New Orleans, Louisiana
MAY 1 1 2001

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-589-6514**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

May 11, 2001

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 00-40948 Muniz v. City of Harlingen
      USDC No. B-00-CV-31

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 1 ) Volume      (   ) Envelopes      (   ) Boxes

      Sincerely,

      CHARLES R. FULBRUGE III, Clerk

      By: _Shea Pertuit_
      Shea Pertuit, Deputy Clerk

/db
cc: (letter only)
    Honorable Hilda G Tagle
    Mr Miguel A Saldana
    Mr Roger W Hughes

MDT-1