```
06/04/01  10:56 FAX 504 589 4620      US COURT OF APPEALS      504 589 4620              ☑002
                                                                JUN 04 '01  11:03AM
```

United States District Court
Southern District of Texas
FILED

JUN 19 2001

Michael N. Milby
Clerk of Court

CAB-00-31

# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

## BILL OF COSTS

OFELIO MUNIZ, JR.

v.

CITY OF HARLINGEN; JIM SCHOEPNER;
ROBERT S. ARCHER; JOSE VASQUEZ
Plaintiff - Appellant.

No. 00-40948

U.S. COURT OF APPEALS
FILED
APR 20 2001
CHARLES R. FULBRUGE III
CLERK

NOTE: The Bill of Costs is due for filing in this office within 14 days from the date of the opinion, in accordance with Rule 39 F.R.A.P. If a bill of costs is not timely filed in this office, processing shall be accomplished only by the filing of a formal motion for leave to file same out of time.

The Clerk is requested to tax the following costs against:

| COSTS TAXABLE UNDER F.R.A.P. & LOCAL RULES 39 | REQUESTED | | | | ALLOWED (if different from amount requested) | | |
|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket fee ($100.00) | | | | | | | | |
| Appendix or Record Excerpts | 5 | 58 | 0.25 | $72.50 | 5 | 58 | .25 | 72.50 |
| Appellee's Brief | | | | | | | | |
| Appellant's Brief | 8 | 38 | 0.25 | $76.00 | 8 | 38 | .25 | 76.00 |
| Appellant's Reply Brief | | | | | | | | |
| Other | | | | | | | | |
| | | | Total $ | 148.50 | | | | |

Costs are hereby taxed in the amount of $ 148.50 this 13th day of June 2001.

By [signature]
CHARLES R. FULBRUGE, CLERK
Deputy Clerk

State of _____
County of Cameron

I _____ do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services performed were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This ___ day of _____ 2001.

[signature]
Attorney for Defendant-Appellees

*SEE REVERSE SIDE FOR LOCAL & F.R.A.P. RULES
GOVERNING TAXATION OF COSTS

Costs are taxed in the amount of $ 148.50